

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ROGER MARTIN FRANDSEN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DEPUTY MATTHEW<br>DARLINGTON, et al.,<br><br>　　　　　　　　Defendants. | No. CV 08-26-GF-SEH<br><br>**ORDER** |

On November 12, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. No objections were filed. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 39.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Motion to Dismiss Defendant Mike Mellot[2] is DENIED.

2. Defendant Keith Hedges' Motion to Dismiss[3] is DENIED.

DATED this 7th day of December, 2009.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 24.

[3] Docket No. 29.