

FILED

2010 OCT 6 PM 4 31

PATRICK E. DUFFY, CLERK

BY _____

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ROGER MARTIN FRANDSEN,<br><br>      Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY SHERIFF'S DEPUTIES MATTHEW DARLINGTON, MIKE MELLOT, AND SERGEANT SCOTT VANDYKEN; and GREAT FALLS POLICE DEPT. SERGEANT ERIC BAUMANN, SERGEANT DEAN BENNETT, AND OFFICERS JEFF BRAGG, KEITH HEDGES, MORGAN KASUSKE, AND TRAVIS PALMER,<br><br>      Defendants. | No. CV-08-26-GF-SEH<br><br><br><br>ORDER |

On September 7, 2010, United States Magistrate Judge Keith Strong entered

his Findings and Recommendations[1] in this matter. Plaintiff did not file

---

[1] Document No. 81

objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1985). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Defendants' Motion for Summary Judgment[2] as to Defendant Keith Hedges is GRANTED.

2. Plaintiff's claim for excessive use of force against Defendant Keith Hedges is DISMISSED with prejudice.

DATED this 6th day of October, 2010.

SAM E. HADDON
United States District Judge

---

[2] Document No. 55-1

2