

FILED

2010 NOV 30 PM 12 57

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| ROGER MARTIN FRANDSEN,<br><br>               Plaintiff,<br><br>vs.<br><br>DEPUTY MATTHEW DARLINGTON, et al.,<br><br>               Defendants. | No. CV-08-26-GF-SEH<br><br>**ORDER** |

    On November 3, 2010, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. Plaintiff filed objections[2] to Judge Strong's Findings and Recommendation on November 19, 2010.

    The Court has fully considered Plaintiff's motion and has reviewed *de novo* Judge Strong's Findings and Recommendation. See 28 U.S.C. § 636(b)(1). Upon *de novo* review of the record, I find no error in Judge Strong's Findings and

---

[1] Document No. 85

[2] Document No. 86

Recommendation and adopt them in full.

ORDERED:

1. Defendant Cascade County's Motion for Summary Judgment[3] is GRANTED because there are no genuine issues of material fact and the County is entitled to judgment as a matter of law on Frandsen's excessive use of force claim.

2. Defendant City of Great Falls' Motion for Summary Judgment[4] is GRANTED because there are no genuine issues of material fact and the City is entitled to judgment as a matter of law on Frandsen's excessive use of force claim.

3. The Clerk is directed to enter judgment accordingly.

4. Any appeal from this disposition will not be taken in good faith, as there are no genuine issues of material fact and the County and City are entitled to judgment as a matter of law on Frandsen's excessive use or force claim. See Fed. R. App. P. 24(a)(3).

DATED this 30th day of November, 2010.

SAM E. HADDON
United States District Judge

---

[3] Document No. 51

[4] Document No. 55